Cite as 2022 Ark. 41

# SUPREME COURT OF ARKANSAS

IN RE SUPREME COURT
COMMITTEE ON AUTOMATION

Opinion Delivered: February 17, 2022

**PER CURIAM**

Honorable Christopher Morledge, Circuit Judge, of Forrest City, is appointed to the Arkansas Supreme Court Committee on Automation for a three-year term to expire on October 31, 2023.

The court expresses its gratitude to Honorable Mark Leverett, District Judge, of Little Rock, for his years of valuable service to this committee.